FILED

02/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0247

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0247

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ROBERT MATHEW HOLGUIN, JR.,

     Defendant and Appellant.

O R D E R

_____

On December 28, 2021, Caitlin Boland Aarab, appointed counsel for Appellant Robert Mathew Holguin, Jr., filed a motion and brief asking to be allowed to withdraw from this appeal. Aarab asserted that she had identified a potentially meritorious appealable issue but that Holguin had asserted that he did not wish to pursue an appeal on those grounds. She further asserted that although Holguin had arguments he wished to offer to the Court, she considered them to be frivolous issues to raise on appeal, pursuant to *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967), and 46-8-103(2), MCA. Aarab also advised the Court that she believed the Appellate Defender Division would decline to appoint new counsel for Holguin barring an order of this Court.

In addition to her motion to withdraw, Aarab supplied a copy of the Opening Brief she had prepared that raised the issue Holguin did not wish to pursue on appeal.

On January 4, 2022, this Court issued an Order granting Aarab's motion to withdraw and further ordering that the Clerk of Court file the Opening Brief Aarab had prepared.

Holguin, representing himself, has filed an objection to this Court's acceptance of the Opening Brief. Although he does not object to Aarab's withdrawal, he alleges that the acceptance of the brief that she prepared sabotaged his ability to pursue this appeal in the manner that he desires.

Holguin's request that this Court not consider on appeal the issue raised in the Opening Brief prepared by Aarab is well-taken.

Therefore,

IT IS HEREBY ORDERED that Appellant's Opening Brief, filed January 4, 2022, is WITHDRAWN and STRICKEN from the record.

IT IS FURTHER ORDERED that APPELLANT may proceed with this appeal on his own behalf, with private counsel, or with appointed counsel if the Appellate Defender Division determines new counsel is warranted.

APPLELLANT MUST FILE his Opening Brief no later than April 4, 2022.

The Clerk is directed to provide a copy of this Order to Appellant personally, the Appellate Defender Division, Caitlin Boland Aarab, and to all parties of record.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 7 2022